O

1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )
                                      )
12                  Plaintiff,        )   SA 08-625M
                                      )
13         v.                         )   ORDER OF DETENTION AFTER HEARING
                                      )   (18 U.S.C. § 3142(i))
14  ALBERTO CHAVERO ANGELES,          )
                                      )
15                  Defendant.        )
                                      )
16

17                                   I.

18    A. ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22          (21 U.S.C. §§ 801,/951, et. seq.,./955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. (X)   serious risk defendant will flee;

26       2. ( )   serious risk defendant will

27          a. ( )   obstruct or attempt to obstruct justice;

28          b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

## III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

   1. ( )  obstruct or attempt to obstruct justice;

   2. ( )  threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

6
7
8   Dated:   October 29, 2008
9
10                                                                                Marc L. Goldman
                                                                                  U.S. Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**